United States District Court
Southern District of Texas

**ENTERED**

May 12, 2026

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

ANDRE BRAMWELL,
*Plaintiff,*

§
§
§
§
§
§
§

V.

§    CIVIL ACTION NO. 4:25-CV-5392

§
§

WALMART, INC.,
*Defendant.*

§
§
§
§
§

### MEMORANDUM AND RECOMMENDATION

On November 11, 2025, Plaintiff, appearing pro se and in forma pauperis, filed an Original Complaint against Walmart, Inc. asserting a claim under Title VII for employment discrimination.[1] ECF 1. The Court conditionally granted Plaintiff's Motion to Appear In Forma Pauperis on February 24, 2026. ECF 8. On March 24, 2026, the Court ordered Plaintiff (1) to immediately file a change of address notice; and (2) to submit on or before April 14, 2026 a complete summons and form USM-285 so that the Clerk could issue a summons and deliver it to the U.S. Marshal for service. ECF 11. Plaintiff has done neither of the above as ordered. Mail continues to be returned to the Court as undeliverable (ECF 13, 14) and Plaintiff has not caused a summons to issue.

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 6

For these reasons, the Court RECOMMENDS that this case be dismissed without prejudice for failure to timely serve Defendant in accordance with Federal Rule of Civil Procedure 4 and failure to comply with the Court's order.

The Clerk of the Court shall send copies of the memorandum and recommendation to the respective parties, who will then have fourteen days to file written objections, pursuant to 28 U.S.C. § 636(b)(1)(C).  Failure to file written objections within the time period provided will bar an aggrieved party from attacking the factual findings and legal conclusions on appeal. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc), superseded by statute on other grounds

Signed on May 12, 2026, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge