United States District Court
Southern District of Texas

**ENTERED**

June 04, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Andre Bramwell, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   Civil No. 4:25-cv-5392 |
| | § |
| Walmart Inc., | § |
| | § |
| Defendant. | § |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Pending is a report and recommendation by Magistrate Judge Christina A. Bryan, recommending that this case be dismissed without prejudice for Plaintiff's failure to timely serve Defendant, as well as his failure to comply with the Court's order to notify the clerk of his change of address and to submit a complete summons and form USM-285. Doc. 14.

The district court may accept any portion of a Magistrate Judge's report and recommendation to which there is no objection if satisfied that no clear error appears on the face of the record. *See Guillory v. PPG Industries Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*)); *see also* Fed. R. Civ. P. 72(b) advisory committee note (1983).

Neither party filed objections. Upon review of the report and recommendation, the record, and the applicable law, the Court finds no clear error.

The report and recommendation of the Magistrate Judge is adopted as the memorandum and order of this Court. Doc. 14.

The case is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 4th of June, 2026.

_____
Nicholas J. Ganjei
United States District Judge